August 13, 2007

TO THE HONORABLE U.S. DISTRICT JUDGE CATHERINE C. BLAKE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, BALTIMORE
BALTIMORE, MARYLAND

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

AUG 17 2007

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

## JUDICIAL (JOINT) NOTICE

This is to serve your office notice, with relations to the court ruling decision entered in docket No. CA.CCB-05-2526, RONNIE BAZILE VS. NFL-BALTIMORE RAVEN(S), PROPERTIES, INC. (2005), a case legal controversial dispute subject of a return process review.

What this judicial notice regards other Corporate Market high profile project(s), for instance among "GIANT THEATER MOVIE(S), most recent, is called, "NO RESERVATION," with actors and actress of character(s) and title(s) that are perfectly alike, also, with more than "Twins" quite similar those within case records in theaters produced and run by WARNER BROS. PICTURE(S), who is no stranger to my area of career success versions. But this one, from this area of reactions proves critical targets and influence, in other words, they don't all "mean what it seems" and "serves to incite", TOO OBVIOUS and DIRECT (By the way, I haven't seen a Television in over (13) years)

CATHERINE ——————————— CATHERINE
JONE(S) ——————————— JONE(S)
AARON ——————————— AARON

By career, am over (40) years experience within the Arts and Entertainment Business(es), that includes, "GAMING BUSINESS(ES). There are many many of similar theater used contexts versions except, not as many perfect names, or resulted negative reactions and influence(s), and therefore serves as cautious.

Thank you very much

Sincerely,

/s/ Ronnie Bazile
RONNIE BAZILE
(AKA) RONNIE AARON